# KENDRIC LAW GROUP P.C.

CHRISTOPHER KENDRIC | PRINCIPAL
(516) 732-4774  DIRECT DIAL

CHRISTOPHER.KENDRIC@KENDRICLAW.COM

January 7, 2021

**ELECTRONICALLY**

The Chambers of the
 Honorable Roanne L. Mann, U.S.M.J.
United States District Court
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Lauren Irons v. Randolph Johnson and Domino's Pizza LLC
            Case No.  20 Civ 5692 (AMD)(RLM)
            Our File:  4267.0137

Dear Judge Mann:

This office represents defendant Domino's Pizza LLC in the referenced action.

Having reviewed the cases which Your Honor was kind enough to include in the December 21, 2020 Order to Show Cause, we hereby consent to remand.

I have conferred with Mr. Camacho, representing defendant Randolph Johnson, and he has authorized me to report his consent as well.

Thank you.

Very truly yours,


___s/_____
Christopher Kendric

cc: (via e-mail)
Darlene S. Miloski, Esq.
Bader & Yakaitis LLP
1430 Broadway, Suite 1802
New York, New York 10018

Andres Camacho, Esq.
James G. Bilello & Associates
100 Duffy Avenue, Suite 500
Hicksville, New York 11801
File:  19K2575